Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Western District of New York
_____ Division

MICHAEL CORRIN STRONG )   Case No. 21-CV-6532 DGL
) (to be filled in by the Clerk's Office)
)
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. ) Jury Trial: *(check one)* ☐ Yes ☒ No
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
HOWARD ZUCKER MD, )
COMMISSIONER )
NEW YORK STATE DEPT. OF HEALTH )
)
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.)

[FILED STAMP: UNITED STATES DISTRICT COURT FILED AUG 10 2021 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Michael Corrin Strong |
   | Address | 17 Avon Road (P.O. Box 236) |
   | | Geneseo, NY 14454 |
   | | *City / State / Zip Code* |
   | County | Livingston |
   | Telephone Number | 585-233-5338 |
   | E-Mail Address | corrin07@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Howard Zucker MD |
   | Job or Title *(if known)* | Commissioner, NYS Dept of Health |
   | Address | Corning Tower, Empire State Plaza |
   | | Albany, NY 12237 |
   | | *City / State / Zip Code* |
   | County | Albany |
   | Telephone Number | |
   | E-Mail Address *(if known)* | |

   [ ] Individual capacity   [✔] Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | |
   | Job or Title *(if known)* | |
   | Address | |
   | | *City / State / Zip Code* |
   | County | |
   | Telephone Number | |
   | E-Mail Address *(if known)* | |

   [ ] Individual capacity   [ ] Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   |City | State | Zip Code|

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   |City | State | Zip Code|

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
   Violation of equal protection under the 14th Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

On June 23, 2021 the State DOH adopted new regulations concerning masks for unvaccinated people by adding a new Subpart 66.3 to the Covid Emergency Regulations. The claimed authority for this was "Pursuant to authority granted to the Commissioner of Health by Sections 201, 206 abd 225 of the Public Health Law and Executive Order 202." In addition, since January of 2021 the State Health Department has been promoting use of the "Excelsior Pass" for citizens of the state to prove their vaccinated status. Both these rules and associated programs are discriminatory towards citizens who hae survived Covid and have the antibodies, and actually represent a lesser health risk to the public than the vaccinated.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

By adopting these new regulations and programs Defendant has attempted to create two classes of citizens: The "Vaccinated" who are no longer required to wear masks and have preferential access to many public accommodations, and the "Unvaccinated" who must mask up and are denied access to many public accommodations

In doing so, people like the Plaintiff, who have had Covid and enjoy natural immunity from the antibodies retained, are grouped with the "Unvaccinated." There are two things wrong with this classification.

First, the vaccinations currently in use have been shown not to prevent people from getting or spreading Covid. They are only designed to limit the symptom of those who get it. Vaccinated people remain able to catch and transmit the disease. In fact, many of the people becoming ill from the current "Delta" variety of the virus have been "Fully" vaccinated. This fact has been recognized by the CDC which has recently called for "fully" vaccinated people to continue to wear face masks indoors.

Second, those who have had Covid and tested positive for the antibodies are extremely unlikely to get the disease again and therefore actually represent a lesser threat to the general public than the vaccinated. The preponderance of scientific evidence so far indicates that repeat cases are

extremely rare, on the order of 1 in 5,000 and survivor's are also mostly immune against the recent "Delta" variety. So far there is little evidence that this acquired immunity will fade away over time, in contrast to the so-called "immunity" given by vaccines. There is already talk of the need to get "booster" vaccines to extend the immunity of the Vaccinated.

By failing to include Covid Survivors in the "Vaccinated" class of those not required to wear a mask and are eligible for a "Excelsior Pass." the State Health Department has violated the equal protection clause of the 14th Amendment, in that people who have superior immunity from natural antibodies are treated more strictly than those who's immunity gained from vaccination is more limited.

Further, the NYS Health Department is using these punitive measures in effect to try to force an experimental vaccination on people, which is a further violation of the Nuremberg Code. The current vaccines in use are only allowed under an Emergency Use Declaration by the federal government. They are considered to still be in a clinical trial which is not scheduled to end until 2023. It is a violation of the Nuremberg Code to force or try to coerce people into undergoing an experimental medical treatment.

Further there is scientific evidence that those who already have Covid antibodies gain no further immunity from a vaccine, but may in fact put themselves at up to 4 times greater risk of having adverse side effects from the vaccine.

At the encouragement of state and local health departments and in some cases by additional regulations, the list of normal activities that these 2nd Class citizens are prohibited from engaging in is growing. Many stores are starting to display signs requiring the "Unvaccinated" to wear masks, and other businesses are not allowing the "Unvaccinated" to enter at all. This includes movie theatres, sporting and musical venues, and in some parts of the state gyms.

The Health Department's has adopted these coercive measures to try to bully a class of people who do not need the vaccine and are more likely to have more severe side effects to get the vaccine. This kind of coercion is illegal under the Nuremberg Code.

---

B.   What date and approximate time did the events giving rise to your claim(s) occur?
     6/23/2021 and ongoing

---

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
     I and millions of other Covid survivors in NY State have been prevented from entering medical offices, banks and other firms to conduct routine business without wearing a mask. We rae not eligible to receive an "Excelsior Pass" which some businesses are requiring for entry even though our immunity is greater than vaccinated people. Because of medical issues that I have, I can not medically tolerate a mask. This impairs my right to conduct many routine activities that "First Class Citizens" enjoy. This creation of two classes of citizens is illegal, insidious, increasing and must be stopped!

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injury is to my Constitutional right to be treated equally under the 14th Amendment.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court to strike down these new regulations, and any similar regulations, as a violation of the 14th Amendment. I seek no monetary relief or punitive damages. In the alternative, I request that the court order the State Health Department to change the rules of the Excelsior Pass to allow people with proven antibodies to Covid to receive a pass.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/10/2021

Signature of Plaintiff: *(signed)*

Printed Name of Plaintiff: Michael Corrin Strong

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
            City          State          Zip Code
Telephone Number: _____
E-mail Address: _____

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

21-CV-6532 DGL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Michael Corrin Stront

**(b)** County of Residence of First Listed Plaintiff: Livingston
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

### DEFENDANTS
Howard Zucker

County of Residence of First Listed Defendant: Albany
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

[U.S. District Court Rochester stamp AUG 10 2021]

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage |  | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise |  / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
|  |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  |  | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation |  | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application |  |  |
|  |  / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights |  |  |  |
|  |  / ☐ 555 Prison Condition |  |  |  |
|  |  / ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

### V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Act 1983

Brief description of cause: Violation of Equal Protection under 14th Amendment

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: 8/10/21

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**ISSUED**

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Western District of New York

Michael Corrin Stront

_____
Plaintiff(s)

v.

Howard Zucker, MD

_____
Defendant(s)

Civil Action No. 21-CV-6532 DGL

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Howard Zucker, MD
Commissioner, NYS Dept of Health
Corning Tower, Empire State Plaza
Albany, NY 12237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 1 0 2021

*Signature of Clerk or Deputy Clerk*